UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MATHURA,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant(s). | 23-CV-4886 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 23, 2023
       New York, New York

                                                DALE E. HO
                                           United States District Judge