UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT MATHURA,                                      :
                                                     :          23 Civ. 4886 (DEH) (GS)
                        Plaintiff,                    :
                                                     :          **ORDER**
            - against -                               :
                                                     :
SOCIAL SECURITY ADMINISTRATION,:
                                                     :
                        Defendant.                   :
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On December 3, 2024, Plaintiff Robert Mathura, proceeding *pro se*, filed a Motion to

Enforce the Court's July 26, 2024 Order (Dkt. No. 25), adopting the June 25, 2024 Report and

Recommendation (Dkt. No. 24).  (*See* Dkt. Nos. 27 & 28).

Defendant is directed to respond to Plaintiff's motion by Monday, December 23, 2024.

**SO ORDERED.**

DATED:    December 11, 2024
          New York, New York

                                                     _____
                                                     The Honorable Gary Stein
                                                     United States Magistrate Judge