UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERT MATHURA,

                      Plaintiff,

      -against-

SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.

**23 Civ. No. 4886 (DEH) (GS)**

**TELEPHONE CONFERENCE ORDER**

----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Status Conference on **Wednesday, February 26, 2025 at 2:00 p.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. Counsel is directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 211 440 914#.**

      SO ORDERED.

DATED:    New York, New York
              January 22, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge